## ORDER

PER CURIAM.

Randall S. Humphrey (Husband) appeals the trial court's judgment dissolving his marriage to Connie S. Humphrey (Wife) and dividing the marital property. Husband claims the trial court erred by awarding a disproportionately greater share of the marital property to Wife, resulting in an unjust property division. We affirm.

We have reviewed the briefs of the parties and the record on appeal and have determined that an extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).

Chris Koster, Gabriel E. Harris, Jefferson City, MO, for respondent.

Before: ROBERT M. CLAYTON III, C.J., GARY M. GAERTNER, JR., J., and KARL A.W. DeMARCE, S.J.

### *ORDER*

PER CURIAM.

Mario Hawkins appeals from a sentence and judgment of two counts of sodomy in the first degree. We have reviewed the briefs of the parties and the record on appeal and conclude that no reversible error occurred. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b) (2010).

**STATE of Missouri, Respondent,**

v.

**Mario HAWKINS, Appellant.**

No. ED 99692.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 4, 2014.

Samuel Buffaloe, Columbia, MO, for appellant.

**Billy J. CLANCY, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 99871.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 4, 2014.

Maleaner Harvey, St. Louis, MO, for appellant.